[No. 25668. *En Banc.* August 13, 1936.]

JOSEPH B. SMITH, *Respondent*, v. LYDIA V. KNEISLEY, *Appellant*, NEW YORK LIFE INSURANCE COMPANY et al., *Garnishee Defendants.*[1]

*Wright, Jones & Bronson*, for appellant.
*Wright & Wright*, for respondent.

PER CURIAM.—Joseph B. Smith having recovered a judgment against Lydia V. Kneisley (*Smith v. Kneisley, ante* p. 278), sued out a writ of garnishment in the present ancillary action. He obtained judgment against the garnishee defendants below, from which judgment an appeal was taken.

We have reversed the original judgment in the case of *Smith v. Kneisley,* with directions to dismiss the action; and therefore the garnishment proceeding must fall.

Judgment reversed, with directions to dismiss.

[1]Reported in 60 P. (2d) 19.